FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0390

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0390

STATE OF MONTANA,

           Plaintiff and Appellee,

   v.

KELLY DEAN WORTHAN,

           Defendant and Appellant.

## ORDER GRANTING APPELLANT EXTENSION

On Appeal from the Montana Twenty-First Judicial District Court,
Ravalli County, the Honorable Jennifer B. Lint, Presiding

GOOD CAUSE APPEARING, Appellant, Kelly Worthan's Motion for Extension until October 1, 2022 in the above-entitled matter is GRANTED.

_____

Date

_____

Justice of the Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 23 2022